**RECEIVED**
NOV 1 8 2009
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| SCOTT RYAN DEMUTH, | ) | T.18 U.S.C. § 43(a), (b)(2) |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy)**

From a date unknown to the grand jury, but beginning by November 9, 2004, and continuing to on or about November 20, 2004 or later, in and about Johnson County in the Southern District of Iowa, and elsewhere, defendant, SCOTT RYAN DEMUTH, did knowingly and intentionally conspire with persons unknown to the Grand Jury to commit animal enterprise terrorism and cause economic damage to the animal enterprise in an amount exceeding $10,000.

This is a violation of Title 18, United States Code, Sections 43(a) and 43(b)(2).

**A TRUE BILL.**

\_\_\_/s/_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/_____
Clifford R. Cronk III
Assistant United States Attorney