

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| SCOTT RYAN DEMUTH, | ) | T.18, U.S.C., § 43(a) and (b)(2) |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Conspiracy)

From a date unknown to the grand jury, but beginning by November 9, 2004, and continuing to a date unknown but at least until on or about August of 2005, in and about Johnson County in the Southern District of Iowa, and elsewhere, defendant, SCOTT RYAN DEMUTH, did knowingly and intentionally conspire with persons unknown to the Grand Jury to travel in interstate and foreign commerce, and use and cause to be used the mail and other facilities in interstate or foreign commerce, including the internet and electronic mail, for the purpose of causing physical disruption to the functioning of an animal enterprise, to wit, the Spence Laboratories at the University of Iowa, and to intentionally damage and cause the loss of property, including, but not limited to, animals, computers, and records, used by the animal enterprise, and cause economic damage to the animal enterprise in an amount exceeding $10,000.

This is a violation of Title 18, United States Code, Sections 43(a) and 43(b)(2).

**A TRUE BILL.**

_____/s/_____
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/_____
Clifford R. Cronk III
Assistant United States Attorney