Warrant 1-1

# SEARCH WARRANT

STATE OF MINNESOTA, COUNTY OF HENNEPIN         DISTRICT COURT

TO: Lt. Matt Clark, (A) PEACE OFFICER(S) OF THE STATE OF MINNESOTA.

WHEREAS, **INSPECTOR SAMEC/COMMANDER CLARK/COMMANDER SOMMERHAUSE** has this day on oath, made application to the said Court applying for issuance of a search warrant to search the following described: Premises, Motor Vehicle(s), Person:

> 2301 23rd Avenue South, Minneapolis, 55404; Two story single family home with brown siding, detached garage, storage sheds and any related curtilage.
>
> Robert Joseph Czernik, DOB: 9/17/1975

located in the City of Minnneapolis, County of Hennepin, State of Minnesota for the following described property and things:

- Assembled improvised incendiary devices and unassembled components of these devices, to include, fire bombs (Molotov cocktails), glass containers such as bottles and jars; wicks such as cloth, paper and twine; enhancers such as Styrofoam and soap flakes.
- Ignitable liquids to include but not limited to gasoline, diesel fuel, kerosene, mineral spirits, lamp oil and brake fluid
- Assembled improvised explosive devices and unassembled components of these devices, to include but not limited to, metal, glass, plastic or cardboard containers.
- Potential explosive materials and liquids such as chlorine derivatives, acids, fuels and oxidizers.
- Smoke bombs
- Photographs and maps of downtown St. Paul
- Manuals, books and/or instructions for the construction of caltrops, tripods, Molotov cocktails, bombs and other direct action techniques
- Documents that plan, promote and/or advocate criminal activity, rioting, damage to property
- Documents and other communication with other RNCWCgroup members and individuals from affinity groups
- Explosive filler materials to include pyrotechnic powder; propellants such as black powder, smokeless powder, pydrodex and flash powder, match heads.
- Shields
- Paint and spray paint
- Sticks and poles
- Nails, screws
- Bricks
- Lockboxes and components including but not limited to chicken wire, roofing tar, duct tape, PVC or metal piping

COPIES TO:   COURT • PROSECUTING ATTORNEY • PEACE OFFICER • PREMISES/PERSON

EXHIBIT #1-a

Warrant 1-2

- Razorwire
- Hollowed out puppets
- Urine and feces
- Caltrops
- Police scanners, radios
- Computer systems, including but not limited to, the main computer box, monitors, scanners, printers, modems, and other peripheral devices.
- Media in whatever form, including, but not limited to, magnetic (such as floppy disks, hard drives and magnetic tape), flash (such as media cards and USB thumb drives) or optical (such as compact disks and digital video disks).
- Digital camera equipment.
- Electronic devices, including but not limited to, MP3 players (including, but not limited to iPods), X-Box gaming systems, cellular phones and personal digital assistants (PDAs).
- Programs and manuals related to operating systems or applications.
- Notes and other documentation, including maps, charts, membership lists.
- Proof of residency and documentation relating to the Internet, including but not limited to bills from Internet Service Providers (ISP).
- Proof of residency and related documents to show constructive possession of property.
- Data contained on either hard drives, electronic devices or removable media and all items listed in the sections of these documents that describe the items being sought to include deleted files, archived files and email files.
- Data contained within any seized cellular phone, SIM card, PDA or electronic device to include, but not limited to, call logs, contacts, text messages, audio messages, images, Internet cache and deleted data.
- Information showing ownership, possession and use of the computer(s) and electronic device(s), including but not limited to e-mail accounts, screen names, and Internet accounts.

WHEREAS, the application and supporting affidavit of Inspector Samec/Commander Clark and Commander was duly presented and read by the Court, and being fully advised in the premises.

NOW, THEREFORE, the Court finds that probable cause exists for the issuance of a search warrant upon the following grounds:

1. ~~The property above described was stolen or embezzled.~~
2. **The possession of the property above described constitutes a crime.**
3. **The property above described was used as a means of committing a crime.**
4. **The property above described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.**
5. **The property above described is in possession of a person with intent to used such property as a means of committing a crime.**

The Court further finds that probable cause exists to believe that the above described property and things (are) (will be) at the above described premises, and on the person (s) of **see above**.

COPIES TO:   COURT   •   PROSECUTING ATTORNEY   •   PEACE OFFICER   •   PREMISES/PERSON

Exhibit 1-6

Warrant 1-3

The Court further finds that a nighttime search is necessary to prevent the loss, destruction, or removal of the objects of said search. Also to protect the officers and the public.

The Court further finds (does not find) that entry without announcement of authority or purpose is necessary (to prevent the loss, destruction, or removal of the objects of said search) (and) (to protect the safety of the peace officers).

   NOW, THEREFORE, YOU LT. MATT CLARK OR THE PEACE OFFICER(S) AFORESAID, AND ALL OTHER PERSONNEL UNDER YOUR DIRECTION AND CONTROL ARE HEREBY COMMANDED TO SEARCH THE DESCRIBED PREMISES, THE DESCRIBED MOTOR VEHICLE(S), FOR THE ABOVE-DESCRIBED PROPERTY AND THINGS, AND TO SEIZE SAID PROPERTY AND THINGS AND TO RETAIN THEM IN CUSTODY SUBJECT TO COURT ORDER AND ACCORDING TO LAW.

BY THE COURT:

Dated: August 29, 2008

_____
JUDGE OF DISTRICT COURT

COPIES TO:   COURT • PROSECUTING ATTORNEY • PEACE OFFICER • PREMISES/PERSON

Exhibit 1-c