IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF INTENT TO OFFER |
| | ) | EVIDENCE OF CRIMES, WRONGS, |
| SCOTT RYAN DEMUTH, | ) | AND BAD ACTS ASSOCIATED WITH |
| | ) | DEFENDANT |
| Defendant. | ) | |

  The United States of America, in the Southern District of Iowa, by and through the United States Attorney for the Southern District of Iowa and his Assistant United States Attorney Clifford R. Cronk III does hereby notify the defendant that the United States intends to offer as evidence the following at the trial of this matter:

  1.  On or about April 29, 2006, there was a trespass, break-in, animal release and destruction at an animal enterprise, Lakeside Ferrets, Inc., in and around Howard Lake, Minnesota.  On or about May 1, 2006, an email communique was issued by Animal Liberation Front (A.L.F.) claiming responsibility for the attack.  There is evidence linking Scott Demuth to this crime.

  2.  On November 17, 2009, in Davenport, Iowa, Scott Demuth refused to answer questions and was held in contempt for violation of a court order directing him to testify.

  3.  In and around March of 2006, Scott Demuth participated in a trespass at the Alliant Techsystems (ATK), a company located in Edina, Minnesota, that produces

munitions for the United States.  There was a subsequent incident, on or about March 19, 2006, involving a trespass and vandalism at ATK.  The Earth Liberation Front claimed responsibility for the incident in an electronic posting.

        Respectfully Submitted,

        Nicholas A. Klinefeldt
        United States Attorney

By: /s/ Clifford R. Cronk III
    Clifford R. Cronk III
    Assistant United States Attorney
    United States Court House
    131 East 4th Street, Suite 310
    Davenport, IA 52801
    Tel:  (563) 449-5432
    Fax: (563) 449-5433
    Email: cliff.cronk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on  April 9, 2010, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

 X   ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: /s/ Clifford R. Cronk III
    Clifford R. Cronk III
    Assistant United States Attorney