RECEIVED
APR 13 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:09-cr-117 |
| Plaintiff, ) | |
| ) | **SECOND** |
| v. ) | **SUPERSEDING** |
| ) | **INDICTMENT** |
| SCOTT RYAN DEMUTH, ) | |
| ) | T.18, U.S.C., § 43(a), (b)(2) |
| Defendants. ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy)**

From a date unknown to the grand jury, but beginning as early as September of 2004, and continuing to a date unknown but at least until on or about May 2, 2006, the exact dates unknown, in and about Johnson County in the Southern District of Iowa, and elsewhere, defendant, SCOTT RYAN DEMUTH, did knowingly and intentionally conspire with persons known and unknown to the Grand Jury to travel in interstate and foreign commerce, and use and cause to be used the mail and other facilities in interstate or foreign commerce, including the internet and electronic mail, for the purpose of causing and attempting to cause, physical disruption to the functioning of animal enterprises, including, but not limited to, the Spence Laboratories at the University of Iowa, and Lakeside Ferrets, Inc. in Minnesota, and other animal enterprises elsewhere, to intentionally damage and cause the loss of property, including, but not limited to, animals, computers, and records, used by the animal enterprises, and cause economic

damage to the animal enterprises in an amount exceeding $10,000.

This is a violation of Title 18, United States Code, Sections 43(a) and 43(b)(2).

**A TRUE BILL.**

_/s/_
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney


By: /s/
Clifford R. Cronk III
Assistant United States Attorney