# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  3:09-CR-00117-JAJ-TJS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SCOTT RYAN DEMUTH, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court are two motions filed by Defendant Scott Ryan Demuth (Demuth).

First is his Motion for Discovery on Second Superseding Indictment (Clerk's No. 118), filed May 12, 2010.   The second is a Motion for Bill of Particulars filed May 24, 2010 (Clerk's No. 121).

The government has neither responded to, nor resisted either motion.

Defendant's motions shall be and are granted.

With respect to defendant's Motion for Discovery on Second Superseding Indictment, the government shall produce pursuant to Fed. R. Cr. 16 all appropriate additional discovery materials that are relevant to the Second Superseding Indictment, and which have not previously been produced by the government in response to the original scheduling order entered at the time of defendant's arraignment on the Indictment.   Those additional materials shall be made available to defendant's counsel for review on or before June 21, 2010.

With respect to defendant's Motion for Bill of Particulars, the government shall identify the following particulars:

a.   The specific nature of the conspiracy, including the specifics of the conspiratorial agreement;

b.   The names and last known whereabouts of known co-conspirators.

c.     The names and locations of the animal enterprises, which are alleged in the indictment as "elsewhere" and the dates of the alleged disruptions at these enterprises.

d.     The specific date upon which the conspiracy ended.

e.     The specific role of the defendant in the conspiracy.

f.     The date the defendant joined the conspiracy.

g.     The dates and locations of meetings or conversations which manifest the defendant's intent to join the conspiracy.

h.     The content of any conversations between co-conspirators.

The government will provide such particulars on or before June 21, 2010.

IT IS SO ORDERED.

Dated this 14th day of June, 2010.


_____
**THOMAS J. SHIELDS**
**CHIEF U.S. MAGISTRATE JUDGE**