IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT RYAN DEMUTH, )<br>)<br>Defendant. ) | Criminal No.  3:09-cr-117<br><br>**MOTION FOR EXTENSION OF<br>TIME TO FILE RESPONSE<br>TO DEFENDANT'S MOTION<br>FOR A BILL OF PARTICULARS** |

The United States, by and through the United States Attorney for the Southern District of Iowa, and his Assistant United States Attorney, Clifford R. Cronk III, hereby moves this Court to extend the time in which the government must file its response to defendant's Motion for a Bill of Particulars in this cause to June 28, 2010, and in support of this motion states:

1. The response to this motion is due to this Court on June 21, 2010.

2. Undersigned counsel will be out of the office on annual leave until June 23, 2010.  Undersigned counsel will be back in the office on June 24, 2010.  The undersigned would like the extension of time upon return to the office in order to respond to this motion.

3. The government will be seeking a protective order and will need additional time to research the specific items listed in defendant's motion.

WHEREFORE, the United States respectfully requests that this Court extend the time in which the government must file its responses to June 28, 2010.

Respectfully Submitted,

Nicholas A. Klinefeldt

United States Attorney

By: /s/ Clifford R. Cronk III
Clifford R. Cronk III
Assistant U. S. Attorney
131 East 4th Street, Suite 310
Davenport, IA 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: cliff.cronk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery

 X   ECF/Electronic filing    \_\_\_Other means

UNITED STATES ATTORNEY
By: /s/ Sue Koranda
    Paralegal Specialist