# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60642
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

Clifford R. Cronk III
Assistant United States Attonrey

August 26, 2010

Re: Written Summary of Proposed Expert Testimony

Please find below a written summary of proposed expert testimony:

**Robert J. Boyle, Esq.**

**(Resume Attached)**

Attorney Boyle is an expert on grand juries and their uses and abuses, particularly when used against political activists. He will testify that because of this history of the abuse of the grand jury power by United States Attorneys, many activists have adopted a position of "non-collaboration" with grand jury subpoenas, particularly when they focus on political movements and their supporters. He will provide testimony that based on this long established principle of "non-collaboration" the refusal to testify by political activists is not based on any knowledge of or to cover-up criminal activity, but rather as a form of civil disobedience against grand jury abuse.

**David N. Pellow, P.H.D.**

**(Resume Attached)**

Dr. Pellow is a professor of Sociology at the University of Minnesota and an adviser to Mr. DeMuth. In addition to his non-expert testimony, Dr. Pellow will testify about the

ethics and principles of confidentiality that is part of the American Sociological Association (A copy has been provided to you) and his opinion as to the obligations of researchers.

**Professor Anthony Nocella**

**(Resume Attached)**

Professor Nocella is an expert on animal liberation movements and anarchism. He will testify as to the scope and breath of animal liberation movements including the ALF and the purpose and manner of operation of this and other groups and their organization and relationship to each other. Professor Nocella will also testify about the current meaning of anarchism and the breadth and scope of anarchist thought, writings and activities.

If you have any questions, please contact me.


Sincerely yours,

Michael Deutsch

# ANTHONY J. NOCELLA, II

Syracuse University
400 Eggers Hall
Syracuse, NY 13244
315-657-2911
ajnocell@maxwell.syr.edu

## EDUCATION

**SYRACUSE UNIVERSITY,**
Maxwell School, Syracuse, New York

- ❖ **Doctorate in Social Science**                                    Date of Completion 2010

- ❖ **Certificate in Advanced Studies in Disability Studies**          2009

**SYRACUSE UNIVERSITY,**
School of Education, Syracuse, New York

- ❖ **Masters of Science in Cultural Foundations of Education**        2008
  Master's Thesis: *Speaking Out for Disability Studies and Pedagogy*

- ❖ **Certificate in Advanced Studies in International Conflicts and their Management**   2005

- ❖ **Certificate in Advanced Studies in Women's Studies**             2005

**FRESNO PACIFIC UNIVERSITY,** Fresno, California

- ❖ **Master of Arts in Conflict Management and Peace Studies**        2003
  Master's Thesis: *Using The Critical Pedagogy Approach for Peacemaking with Revolutionaries*

- ❖ **Graduate Certificate in Mediation**                             2002

**UNIVERSITY OF ST. THOMAS,** Houston, Texas

- ❖ **Bachelors of Arts in Political Science, Pre-Law, and Public Administration**   2000
  Bachelor's Thesis: *Organized Justice: Analysis of the Strategies and Organizational Methods of the Social Justice Movement in America*

## PROFESSIONAL TEACHING EXPERIENCES

**LE MOYNE COLLEGE,** Syracuse, New York
Sociology, Anthropology, and Criminology Departments
      Spring 2009, Criminology CJS/SOC 201
      Fall 2008, Criminology CJS/SOC 101
      Summer 2008, Criminology CJS/SOC 101
      Spring 2008, Criminology CJS/SOC 221
      Spring 2008, Peace and Global Studies, PGS 201
      Spring 2008, Conflict Resolution, CJS/SOC 245
      Fall 2007, Conflict Resolution, CJS/SOC 245

**UNIVERSITY COLLEGE, SYRACUSE UNIVERSITY,** Syracuse, New York
      Fall 2008, Instructor, Interpersonal Conflict Resolution, PAF 420
      Fall 2007, Instructor, Negotiation: Theory and Practice, PAF 422

**SUNY CORTLAND, STATE UNIVERSITY OF NEW YORK**
Criminology and Sociology
>>>> Fall 2008, Deviant Behavior, SOC/CRM 373-001
>>>> Spring 2009, Deviant Behavior, SOC/CRM 373-001

**SUNY CORTLAND, STATE UNIVERSITY OF NEW YORK**
>>>> 2008-2009, Visiting Scholar of SUNY Cortland's Center for Ethics, Peace and Social Justice (CEPS)
>>>> 2007-2008, Visiting Scholar of SUNY Cortland's Center for Ethics, Peace and Social Justice (CEPS)

**HILLBROOK JUVENILE DETENTION FACILITY**, Syracuse, New York
>>>> May 2007 – present, Teacher, Life Skills
>>>> Inclusive Elementary and Secondary Classrooms, Teaching Method - *Transformative Pedagogy*

**SYRACUSE UNIVERSITY**, Maxwell School, Syracuse, New York
Public Affairs, International Relations, Public Administration, Sociology, Political Science, Social Science
>>>> Fall 2006, Instructor, Fundamentals in Conflict Studies, SOS 601; IRP 601; PPA730
>>>> Summer 2006, Teaching Assistant, Conflict Resolution in Groups: Facilitation and Conflict Management, PAF 424; SOS 624
>>>> Spring 2006, Instructor, Nonviolent Tactics and Strategies for Social Change, PAF 400; SOC 400; POS 400
>>>> Fall 2005, Teaching Assistant, Fundamentals in Conflict Studies, SOS 601; IRP 601; PPA730
>>>> Fall 2005, Teaching Assistant, Negotiation: Theory and Practice, PAF 422; SOS 622; IRP 400; IRP 600
>>>> Summer 2005, Teaching Assistant, Negotiation: Theory and Practice, PAF 422; SOS 622; IRP 400; IRP 600
>>>> Spring 2005, Instructor, History of Nonviolent Protests in America, PAF 400; SOC 400; POS 400
>>>> Summer 2004, Teaching Assistant, Social Activism: Organizing for Power, PSC 400-U700; PAF 400-U700; PSC 600-U700; SOS 600-U700
>>>> Fall 2004, Teaching Assistant, Fundamentals in Conflict Studies, SOS 601; IRP 601; PPA730

# PUBLICATIONS

## BOOKS

➢ *Hollywood's Exploited*, co-edited with Dr. Steve Best, Dr. Rich Van Heertum, and Dr. Richard Kahn (prospectus)

➢ *The Global Industrial Complex*, co-edited with Dr. Steve Best, Dr. Peter McLaren, and Dr. Richard Kan (Lexington Books, forthcoming 2009)

➢ *An Economy of Sustainability: Anarchist Economics*, co-edited with Dr. John Asimakopoulos and Deric Shannon (AK Press forthcoming, 2009)

➢ *Greening the Academy: Introducing Environmental Studies in the Liberal Arts*, co-editing with Dr. Richard Kahn (Syracuse University Press forthcoming 2009)

➢ *An Introductory Anthology of Contemporary Anarchist Studies*, co-edited with Dr. Randall Amster, Dr. Abraham DeLeon, Dr. Luis Fernandez, and Deric Shannon (Routledge Press, February 2009)

➢ *Call to Compassion: Reflections from World Religions on Animal Advocacy*, co-edited with Dr. Lisa Kemmerer (Lantern Books forthcoming 2009)

➤ *Academic Repression: Reflections from the Academic Industrial Complex*, co-edited with Dr. Steve Best and Dr. Peter McLaren (AK Press, forthcoming 2009)

➤ *Igniting a Revolution: Voices in Defense of the Earth*, co-edited with Dr. Steven Best (AK Press 2006)

➤ *Terrorists or Freedom Fighters?: Reflections on the Liberation of Animals*, co-edited with Dr. Steven Best (Lantern Books 2004)

➤ *A Peacemaker's Guide for Building Peace With a Revolutionary Group*, (Program on the Analysis and Resolution of Conflicts, Syracuse University 2004)

## ARTICLES AND BOOK CHAPTERS

➤ "Disabling Dis-ability: Re-Building Inclusive Into Social Justice," *Theory in Action*. (Vol. 2 No. 1 January 31, 2009)

➤ With Liat Ben-Moshe, Dave Hill, and Bill Templer. "Dis-Abling Capitalism and an Anarchism of 'Radical Equality' in Resistance to Ideologies of Normalcy." In *An Introductory Anthology of Contemporary Anarchist Studies*, Ed. Dr. Randall Amster, Dr. Abraham DeLeon, Dr. Luis Fernandez, Anthony J. Nocella, II and Deric Shannon. (Routledge Press, forthcoming 2009)

➤ With Dr. Abraham DeLeon. "Anarchists in the Peace Movement," in Ed. Nigel Young, *International Encyclopedia of Peace*. (2009)

➤ With Liat Ben-Moshe. "Social Control," in Encyclopedia of American Disability History. Facts On File. (2009)

➤ "Emergence of Disability Pedagogy" *Journal for Critical Education Policy Studies*. Vol. 6, No. 2. (Oct. 2008)

➤ With Dr. Steven Best and Dr. Peter McLaren. "Revolutionary Peacemaking: Using a Critical Pedagogy Approach for Peacemaking with 'Terrorists,'" in *One World, Many Paradigms: Conflict Resolution Across the Disciplines* (2008). Edited by, Dr. Mitchell Rosenwald. Cambridge Scholars Publishing.

➤ "Unmasking the Animal Liberation Front Using Critical Pedagogy: Seeing the ALF for Who They Really Are," *Journal for Critical Animal Studies*. (Vol. 5, Issue 1 2007)

➤ With Dr. Steven Best and Dr. Peter McLaren. "Revolutionary Peacemaking: Using a Critical Pedagogy Approach for Peacemaking with "Terrorists"" republished in *Journal for Critical Education Policy Studies*. Vol. 5, No. 2. (Nov. 2007).

➤ "Revolutionary Environmentalism: An Emerging New Struggle for Liberation," Anthony J. Nocella, II and Steven Best, *Green Theory and Praxis: A Journal of Ecopedagogy*. (Vol 2, No. 2 2006)

➤ "Introduction, The Emergence of Revolutionary Environmentalism," Steven Best and Anthony J. Nocella, II, *Igniting a Revolution: Voices in Defense of the Earth*. (AK Press: April 2006)

➤ "Standing up to Corporate Greed," co-authored with Matthew J. Walton, reprinted in *Journal on Terrorism and Security*. (Issue 1. 2006)

➤ "Standing up to Corporate Greed," co-authored with Matthew J. Walton, *Green Theory and Praxis: A Journal of Ecopedagogy*. (Vol 1, No. 1 2005)

➢ "Special Issue on Building an Understanding for Peace," co-authored with Eli Moore. *The Canadian Journal of Police and Security Services.* (Issue IV, Vol III, Winter 2005)

➢ "We're not Stupid: My College Years as a Mentally Challenged Student." Ben-Moshe, L., Cory, R., C., Feldbaum, M., & Sagendorf., K. (2005*). Building, pedagogical curb cuts: Incorporating disability in the university classroom and curriculum.* Syracuse, NY: Syracuse University Graduate School.

➢ "Defining Terrorism," Steven Best and Anthony J. Nocella, II, *Journal for Critical Animal Studies.* (Vol. 2, Issue 1 2004)

➢ "Defining Terrorism," Appendix, Steven Best, PhD, and Anthony J. Nocella II, *Terrorists or Freedom Fighters? Reflections on the Liberation of Animals.* (New York: Booklight Inc., 2004)

➢ "Behind the Mask," Introduction, Steven Best, PhD, and Anthony J. Nocella II, *Terrorists or Freedom Fighters? Reflections on the Liberation of Animals.* (New York: Booklight Inc., 2004)

➢ "Understanding the ALF: From Critical Analysis to Critical Pedagogy," Anthony J. Nocella, II, *Terrorists or Freedom Fighters? Reflections on the Liberation of Animals. (*New York: Booklight Inc., 2004)

---

# PRESENTATIONS

---

➢ *Call to Compassion: Reflections from World Religions on Animal Advocacy*        2008
   Peace Studies Conference, SUNY, Cortland

➢ *Call to Compassion: World Religions and Animal Advocacy*, with Lisa Kemmerer,        2008
   The Society for the Study of Social Problems (SSSP)

➢ *Disability Pedagogy and Social Change,*        2008
   The Society for the Study of Social Problems (SSSP)

➢ *Dissecting Normalcy through a Disability Pedagogy Lens,*        March 22 -24, 2008
   Eighth Annual Second City Conference on Disability Studies in Education
   Columbia University

➢ *Disability Studies and Difference*, Society for the Study of Social Problems        2007

➢ *Revolutionary Peacemaking,* Innovative Approaches to Conflict        September 29-30 2006
   Resolution across the Disciplines Symposium,
   Binghamton University

➢ *Conflict Resolution,*        March 2006
   Federal Bureau of Investigation Academy, VA

➢ Guest Lecturer, Department of Education, UCLA        May 2006

➢ 2006 FAHE conference, theme *Deepening our Roots, Spreading Our Branches,*        June 22-25 2006
   at George School Newtown, PA

➢ *Vulnerability and Urban Terrain: A Critique of U.S. Urban Security Policy,* February 25        2006
   Paper with Matthew Walton and Mathew Hidek, 2nd Annual Student Association on Terrorism and
   Security Analysis Conference, Syracuse University

> *The Many Definitions of Terrorism,*                                    February 26 2005
  1st Annual Student Association on Terrorism and Security Analysis Conference

> *Terrorism, Militants, and Peacemaking,*                                April 1 2005
  Colgate University, NY

> *Christian Peacemaker Teams Delegation 2004*                            December 14 2004
  PLACA/PARC Colombian Working Group

> *Building Peace with Revolutionaries* - Conversations in Conflict Lecture Series,    Spring 2004
  Syracuse University

> *Training for Trainers* -- Conflict Management Center, Syracuse University,    Spring 2004

> *Defining Terrorism* -- Syracuse Social Movements Initiative, Syracuse University,    September 28 2004

> *A Critical Pedagogy of Alliance: Intersections Between the Struggles for Chicano and Animal Rights,* October 1-2 2004
  Second International Conference on Education, Labor and Emancipation, El Paso,
  Texas and Universidad Autónoma de Ciudad Juárez, with Steven Best; University of
  Texas at El Paso; Richard Kahn; University California Los Angeles

> *Annual Conference of the Regional Peace Studies Conference,*           November 13 2004
  Welcoming & Closing, Syracuse University

## ORGANIZED LECTURE SERIES & CONFERENCES

> Education and the Future, Black History Month                           February 25, 2008
  Hillbrook Youth Dentition Facility

> *Regional Peace Studies Consortium,*                                    November 3, 2007
  Cortland, Syracuse, New York

> *Regional Peace Studies Consortium,*                                    November 18, 2006
  Cortland, Syracuse, New York

> *Regional Peace Studies Consortium,*                                    November, 2005
  Le Moyne College, Syracuse, New York

> *Current Challenges in US Terrorism and Security Policy,*               February 26, 2005
  1st Annual Graduate Conference on
  Terrorism and Security. Student Association on Terrorism and Security Analysis (SATSA)
  Syracuse University, New York

> *Applying Social Movement Theory Conference,* Syracuse University, New York    December 7, 2004

> *Community Soups: Conversations with Social Activists,* Lecture Series    2004
  Hosted by Syracuse Social Movement
  Initiative a project of the Program on the Analysis and Resolution of Conflicts, Maxwell School,
  Syracuse University, Syracuse, New York

➢ *Guns on Campus: A Conflict of Safety,*                                        2004
Hosted by Conflict Management Center a project of the
Program on the Analysis and Resolution of Conflicts, Maxwell School, Syracuse University, NY

➢ *The Role of Multiculturalism in Peacekeeping, Peacemaking and Peacebuilding*    November 13, 2004
Regional Peace Studies Consortium, Maxwell School, Syracuse University, New York

➢ *Bi-Annual PARC Paper,*                                                        2003
Presentations, Program on the Analysis and Resolution of Conflicts,
Maxwell School, Syracuse University

## INSTITUTES & SEMINARS ATTENDED

| | |
|---|---|
| Summer Ethics Institute, State University of New York, Cortland<br>Philosophy Department | 2007 |
| The Summer Institute on Creative Conflict Resolution<br>Maxwell School, Syracuse University | 2006 |
| Seminar on Multilateral Peacekeeping, New York City, United Nations<br>Maxwell School, Syracuse University | 2004 |
| International Crisis Simulation, Conflict Management Center<br>Maxwell School, Syracuse University | 2004 |
| Alternatives to Violence, Basic Training<br>Auburn Correctional Facility, New York | 2004 |
| Alternatives to Violence, Advanced Training<br>Auburn Correctional Facility, New York | 2004 |
| Alternatives to Violence, Training for Facilitators<br>Auburn Correctional Facility, New York | 2004 |
| Train the Trainer, Conflict Mediation Center, Program on the Analysis and Resolution of Conflict<br>Maxwell School, Syracuse University | 2003 |
| Institute in: Alternatives for Resolving Disputes<br>Center for Peacemaking and Conflict Studies, Fresno Pacific University | 2002 |
| Victim Offender Reconciliation Program<br>Fresno, California | 2002 |
| Basic Institute in Conflict Management and Mediation<br>Center for Peacemaking and Conflict Studies, Fresno Pacific University | 2001 |

## COMMUNITY & PROFESSIONAL ACTIVITIES & AWARDS

| | |
|---|---|
| Board-member, Outdoor Empowerment | 2007 - present |
| Board-member, Ecopedagogy Association International | 2007 - present |
| Assistant Editor, Founder, Peace Studies Journal | 2007 - present |
| American Friends Service Committee, Corporation, Member | 2007 - present |

| | |
|---|---|
| Editorial Board-member, Critical Education Policy Studies Journal | 2007- present |
| Senior Administrator, Central New York Peace Studies Consortium | 2005 - present |
| Editorial Board-member, Inclusive Democracy Journal | 2007- present |
| Graduate Associate, Program on the Analysis and Resolution of Conflicts, Syracuse University | 2006 – present |
| American Friends Service Committee, Syracuse Program Committee Member | 2006 - present |
| Facilitator and Board-member, Alternatives to Violence Program, New York State Correctional Facility, Volunteer | 2005 - present |
| Scholarship, Program on the Analysis and Resolution of Conflicts, Syracuse University | 2005-2006 |
| Assistant Editor, Green Theory and Praxis: A Journal on Ecopedagogy | 2004 - present |
| Chairperson of the Executive Board, Student Association on Terrorism and Security Analysis, International | 2004 - present |
| Graduate Assistant, Program on the Analysis and Resolution of Conflicts, Syracuse University | 2004-2005 |
| Co-founding member, Student Association on Terrorism and Security Analysis, International Graduate Assistant, Program on the Analysis and Resolution of Conflicts, Syracuse University | 2004 2003-2004 |
| Alumni Representative, University of St. Thomas Social Justice Committee | 2004 - present |
| Associate, Conflict Management Center, Syracuse University | 2003 - present |
| Member, Beyond Compliancy Central Committee, Syracuse University | 2003 - present |
| Reviewer, Maxwell Review, Syracuse University | 2003 - 20006 |
| Summer Fellowship, Program on the Analysis and Resolution of Conflicts, Syracuse University | Summer 2004 |
| Summer Fellowship, Social Science Program, Syracuse University | Summer 2004 |
| Website Designer, Conflict Management Center, Syracuse University | 2003 – 2004 |
| Graduate Assistant, Program on the Analysis and Resolution of Conflicts, Syracuse University | 2003-2004 |
| Coordinator, Syracuse Social Movements Initiative, Syracuse University | 2003 - 2005 |
| Member, Christian Peacemaker Teams, Summer Delegation to Colombia | 2002 |
| Board-member, Friends Committee for Restorative Justice, national organization | 2002 |
| Member, West Coast Mennonite Central Committee Spring Delegation to Colombia | 2002 |
| Administrative Assistant, Texas Representative Lon Burnam, District 90 Ft. Worth, Texas | 2001 |

| | |
|---|---|
| State-Wide Coordinator, Peace Action, Texas | 2001 |
| Research Librarian, University of St. Thomas, Doherty Library, Houston, TX | 1999 -2000 |
| Volunteer Coordinator, Pax Christi, Houston, Texas | 1999-2000 |
| Lobbyist, Sierra Club, Ending Commercial Logging Campaign Washington, D.C. | 2000 |
| Presidential Award, Briarwood High School, Houston, Texas Given by President Clinton | 1995 |
| Student of the Year, Briarwood High School, Houston, Texas | 1995 |
| Member, Houston All City High School Basketball Team, Texas | 1995 |

## PROFESSIONAL MEMEBERSHIPS

| | |
|---|---|
| ➤ American Society of Criminology | 2008 - present |
| ➤ Society for the Study for Social Problems | 2007- present |
| ➤ Peace History Society | 2006 – present |
| ➤ New York Yearly Meeting | 2006 – present |
| ➤ Society for Disability Studies | 2006 – present |
| ➤ Peace Science Society International | 2005 - present |
| ➤ Association for Conflict Resolution | 2004 - present |
| ➤ Friends Association for Higher Education | 2004 - present |
| ➤ Association for Conflict Resolution, Texas Chapter | 2004 |
| ➤ Victim Offender Mediation Association | 2003 - present |
| ➤ Peace and Justice Studies Association | 2000 – present |

## AREAS OF ACADEMIC INTEREST

➤ **Practice** – Criminology; Peace, Conflict and Security Studies

➤ **Praxis** – Peace, Correctional, and Environmental Education; Disability Pedagogy, Critical Pedagogy, and Ecopedagogy

➤ **Theory** – Global, Cultural, Environmental, Disability, and Gender Studies

## REFERENCES

Dr. Robert A. Rubinstein, Professor, Department of Anthropology, International Relations Program
Former Director, Program on the Analysis and Resolution of Conflicts

Maxwell School of Syracuse University, NY
315-443-2367
rar@syr.edu

Dr. Micere Githae Mugo, Department Chair, Professor, African American Studies
Meredith Professor for Teaching Excellence
Syracuse University
315-443-4426
mmmugo@syr.edu

Dr. Maury Harris, Chair, Associate Professor, Department of Environmental Studies
University of St. Thomas, Houston, TX
713-525-3805
wharris@stthom.edu

Dr. Peter McLaren, Professor, Graduate School of Education
University of California, Los Angeles
310-825-8348
mclaren@gseis.ucla.edu

Dr. Richard Kahn, Assistant Professor, Department of Educational Foundations and Research
University of North Dakota
richard.kahn@und.edu
701-777-3431

Dr. Abraham P. DeLeon
Assistant Professor
University of Rochester
Margaret Warner Graduate School of Education and Human Development
Phone: (585) 275-5053
apdeleon@warner.rochester.edu

# ROBERT J. BOYLE
**Attorney At Law**
**299 Broadway**
**Suite 806**
**New York, N.Y.  10013**
**(212)431-0229**
**(212)431-0107  (fax)**

**RESUME**

**DATE OF BIRTH:**  April 20, 1955

**BAR ADMISSIONS:**  New York State Bar, March 25, 1981;
United States Court of Appeals for the Second Circuit (1991);
United States District Court for the Southern District of New York (1981);
United States District Court for the Eastern District of New York (1981);
United States District Court for the Northern District of New York (1995);
United States District Court for the Western District of New York (2004)

**INDIGENT DEFENSE PANELS:**  United States Court of Appeals for the Second Circuit (1991-present);
New York State 18-B felony trial, Kings County (1990-2003);
Appellate Panel, Second Department (1982-2003);
New York County 18-B felony trial panel (2003-present);
Appellate Panel, First Department (2003-present).

## LEGAL EMPLOYMENT

1985-present:                    Solo Practice; 299 Broadway, Suite
                                 806, New York, N.Y. 10007 (2007 to
                                 present) 350 Broadway Suite 308,
                                 New York, N.Y. 10013 (1995 to
                                 2007); 294 Atlantic Ave. Brooklyn,
                                 N.Y. 11201 (1985-1995).
                                 Specializing in criminal defense
                                 (trial and appellate) and federal
                                 civil rights litigation.

Notable Cases Include the Following:

**CIVIL:**                       Taylor v. State, #111854; Court of
                                 Claims trial (Marin, J.); January,
                                 2009 trial claiming damages after
                                 14 years of unjust confinement
                                 (awaiting decision;

                                 Bin Wahad v. City of New York, 75
                                 Civ. 6203 (SDNY) (AKH) Lead
                                 counsel in complex civil rights
                                 litigation against New York City
                                 Police Department and Federal
                                 Bureau of Investigation involving
                                 government surveillance and
                                 counterintelligence against Black
                                 Panther Party under COINTELPRO.
                                 Case settled with FBI in 1995 and
                                 with City of New York in 2000.
                                 Discovery in civil case led to
                                 disclosure of Brady material
                                 utilized to overturn nineteen year
                                 old conviction.

                                 Mullens v. City of New York, 92
                                 Civ. 4284 (EDNY); jury trial under
                                 42 U.S.C. §1983 involving police
                                 brutality; case settled prior to
                                 closing arguments.

                                 Gayle v. City of New York, claim
                                 under 42 U.S.C. §1983 based upon
                                 withholding Brady material at a
                                 criminal trial. Case settled pre-
                                 trial.

CRIMINAL:

United States v. Al-Moayad, 545 F.3d 139 (2nd Cir. 2008)(judgment reversed and new trial ordered in case involving alleged financing of terrorism);

Brinson v. Walker, 547 F.3d 387 (2nd Cir. 2008)(successful *habeas corpus* petition involving violation of Confrontation Clause and racial bias.

United States v. Awadallah, 436 F.3d 125 (2nd Cir. 2006) (rejecting rare government attempt for remand to different trial judge in 9/11 related perjury trial);

United States v. Awadallah, 349 F.3d 42 (2nd Cir. 2003) (challenging Government's use of material witness statute in post 9/11 grand jury investigation);

Gutierrez v. McGinnis, 389 F.3d 300 (2nd Cir. 2004)(addressing harmless error standard in habeas corpus cases);

Boyette v. LeFevre, 246 F.3d 76(2nd Cir. 2001) successful appeal granting of post-AEDPA 28 U.S.C. §2254 petition and release of petitioner after 17 years imprisonment due to violations of *Brady v. Maryland*. Case dismissed at request of District Attorney upon return to state court.

People v. Bin Wahad, 154 Misc. 2d 405, 593 N.Y.S.2d 939 (S.Ct. 1993). affirmed 204 A.D.2d 156, 612 N.Y.S.2d 14 (1st Dept. 1994). Motion to vacate conviction in New York State Supreme Court resulting in overturning of 1973 conviction and release of Black Panther Party leader after 19 years imprisonment. Charges later dismissed at request of District Attorney.

1982-1984:     Staff Attorney, Grand Jury Project, Inc. Responsible for dissemination of legal information on grand jury issues; consulting with attorneys representing witnesses; drafting proposed changes to legislation; preparing statements to Congress on grand jury reform.

1977-1981:     Law Assistant for Michael Ratner, 351 Broadway, New York, N.Y. Legal Research and writing.

PUBLICATIONS:     Author: Representation Of Witnesses Before Federal Grand Juries, Third Edition, Clark Boardman Callaghan (now West).

**EDUCATION**

Graduate:     J.D., Brooklyn Law School, 1980. Winner, best brief, Moot Court competition, 1978.

Undergraduate:     B.A. Sociology, State University College, New Paltz, N.Y. 1977.

March 2009

## CURRICULUM VITAE

David Naguib Pellow

**Address**:

Department of Sociology
University of Minnesota
267 19th Avenue South
909 Social Sciences Building
Minneapolis, MN  55455
Internet: dpellow@umn.edu

**Present Position**:

Professor and Don A. Martindale Endowed Chair of Sociology, University of Minnesota
Faculty Affiliate: Interdisciplinary Center for the Study of Global Change

**Former Positions**:

Associate and Full Professor: Ethnic Studies Department, Director: California Cultures in
Comparative Perspective, University of California, San Diego. 2002-2008.

Assistant Professor: Departments of Ethnic Studies and Sociology, and
Faculty Associate, Institute of Behavioral Science, University of Colorado at Boulder.
1998-2002.

Robert Wood Johnson Foundation Scholar in Health Policy Research,
School of Public Health, University of California at Berkeley. 1998-1999.

**Education**

Ph.D. Sociology, Northwestern University, June 1998.
M.A. Sociology, Northwestern University, June 1994.
B.A. Sociology, summa cum laude, University of Tennessee, Knoxville, May 1992.

**Research Interests**

Environmental Justice Studies          Racial and Ethnic Studies
Social Movements                       Qualitative Research Methods
Labor Studies                          Immigration

1

**Publications**
*Books*

Gould, Kenneth, David N. Pellow, and Allan Schnaiberg. 2008. *The Treadmill of Production: Injustice and Unsustainability in the Global Economy*. Boulder, CO: Paradigm Publishers.

Pellow, David N. 2007. *Resisting Global Toxics: Transnational Movements for Environmental Justice*. Cambridge, MA: The MIT Press.

Smith, Ted, David Sonnenfeld, and David N. Pellow, Eds. 2006. *Challenging the Chip: Labor Rights and Environmental Justice in the Global Electronics Industry*. Philadelphia, PA: Temple University Press.

Pellow, David N. and Robert J. Brulle, Eds. 2005. *Power, Justice, and the Environment: A Critical Appraisal of the Environmental Justice Movement*. Cambridge, MA: The MIT Press.

Pellow, David N. and Lisa Sun-Hee Park. 2002. *The Silicon Valley of Dreams: Environmental Injustice, Immigrant Workers, and the High-Tech Global Economy*. New York: New York University Press.

Pellow, David N. 2002. *Garbage Wars: The Struggle for Environmental Justice in Chicago*. Cambridge, MA: The MIT Press.

Weinberg, Adam, David N. Pellow, and Allan Schnaiberg. 2000. *Urban Recycling and the Search For Sustainable Community Development*. Princeton, NJ: Princeton University Press.

*Journal Articles*

Pellow, David N. and Robert J. Brulle. 2007. Poisoning the Planet: The Struggle for Environmental Justice. *Contexts* 6(1): 37-41. Reprinted in Elizabeth Higginbotham and Margaret Andersen (Eds.) 2009. *Race and Ethnicity in Society: The Changing Landscape*. Wadsworth.

Pellow, David N. 2006. Social Inequalities and Environmental Conflict. *Revista Horizontes Antropológicos,* the Journal of Anthropology, Federal University of Rio Grande do Sul, Brazil. Vol 12, no. 25, January/June, Porto Alegre.

Brulle, Robert J., and David N. Pellow. 2006. Environmental Justice: Human Health and Environmental Inequalities. *Annual Review of Public Health* vol. 27: 103-124, April.

Park, Lisa Sun-Hee, and David N. Pellow. 2005. Making the Invisible Visible: Asian American/Pacific Islander Workers in Silicon Valley. *AAPI Nexus: Asian Americans and Pacific Islanders Policy, Practice, and Community* 3(1): 45-65.

Pellow, David N. 2004. The Politics of Illegal Dumping: An Environmental Justice Framework. *Qualitative Sociology* 27(4): 511-525. Reprinted in Mitchell Young (Ed). 2007. *Opposing Viewpoints: Garbage and Recycling.* Thomson Gale.

Gould, Kenneth, David N. Pellow, and Allan Schnaiberg. 2004. Interrogating the Treadmill of Production: Everything You Wanted to Know about the Treadmill but Were Afraid to Ask. *Organization & Environment* 17(3) 296-316.

Park, Lisa Sun-Hee and David N. Pellow. 2004. Racial Formation, Environmental Racism, and the Emergence of Silicon Valley. *Ethnicities* 4(3): 403-424.

Pellow, David N., Adam Weinberg, and Allan Schnaiberg. 2001. The Environmental Justice Movement: Equitable Allocation of the Costs and Benefits of Environmental Management Outcomes. *Social Justice Research* 14: 423-439.

Pellow, David N. 2001. Environmental Justice and the Political Process: Movements, Corporations, and the State. *The Sociological Quarterly* 42:47-67.

Pellow, David N., Adam Weinberg, and Allan Schnaiberg 2000. Putting the Ecological Modernization Thesis to the Test: The Promises and Performances of Urban Recycling. *Environmental Politics* 9:109-137. (Reprinted in Arthur Mol and David Sonnenfeld, Eds. *Ecological Modernization Around the World: Perspectives and Critical Debates*: UK: Frank Cass & Co., Ltd.).

Pellow, David N. 2000. Environmental Inequality Formation: Toward a Theory of Environmental Injustice. *American Behavioral Scientist* 43:581-601.

Pellow, David N. 1999. Negotiation and Confrontation: Environmental Policy-Making Through Consensus. *Society and Natural Resources* 12: 189-203.

Pellow, David N. 1999. Framing Emerging Environmental Movement Tactics: Mobilizing Consensus, De-mobilizing Conflict. *Sociological Forum* 14: 659-683.

Pellow, David N.1998. Bodies on the Line: Environmental Inequalities and Hazardous Work in the U.S. Recycling Industry. *Race, Gender & Class* 6: 124-151.

Schnaiberg, Allan, Adam Weinberg and David N. Pellow. 1998. Politicizing the Treadmill of Production: Reshaping Social Outcomes of 'Efficient' Recycling. *Revista Internacional de Sociologia* nos. 19 and 20: 181-222.

Pellow, David N. 1997. Popular Epidemiology and Environmental Movements:

Mapping Active Narratives for Empowerment. *Humanity & Society* 21:307-321.

Park, Lisa S. and David N. Pellow. 1996. Washing Dirty Laundry: Organic-Activist-Research Inside Two Social Movement Organizations. *Sociological Imagination* 33:138-153.

Pellow, David N., Adam Weinberg, and Allan Schnaiberg. 1995. Pragmatic Corporate Cultures: Insights from a Recycling Enterprise. *Greener Management International: The Journal of Corporate Environmental Strategy and Practice* 12: 95-110.


*Book Chapters*

Pellow, David N. 2008. "The State and Policy: Imperialism, Exclusion, and Ecological Violence as State Policy." Chapter Four in Kenneth Gould and Tammy Lewis (Eds.), *Twenty Lessons in Environmental Sociology.* Oxford University Press.

Pellow, David N. and Lisa Sun-Hee Park. 2008. "Silicon Valley and the Social and Environmental Costs of High Technology." In William Darity, Jr. (Ed.) *International Encyclopedia of the Social Sciences.* Thompson Gale. 2nd edition.

Pellow, David N. 2007. "Garbage and Garbage Collection." Pp. 292-294 In David R. Goldfield (Ed.), *Encyclopedia of American Urban History.* Sage Publications.

Smith, Ted, David Sonnenfeld, and David N. Pellow. 2006. "The Quest for Sustainability and Justice in a High-Tech World." Chapter 1 in Ted Smith, David Sonnenfeld, and David N. Pellow, Eds. *Challenging the Chip: Labor Rights and Environmental Justice in the Global Electronics Industry.* Philadelphia: Temple University Press.

Pellow, David N. and Glenna Matthews. 2006. "Immigrant Workers in Two Eras: Struggles and Successes in Silicon Valley." Chapter 11 in Ted Smith, David Sonnenfeld, and David N. Pellow, Eds. *Challenging the Chip: Labor Rights and Environmental Justice in the Global Electronics Industry.* Philadelphia: Temple University Press.

Hawes, Amanda, with David N. Pellow. 2006. "The Struggle of Occupational Health in Silicon Valley." An interview and Chapter 10 in Ted Smith, David Sonnenfeld, and David N. Pellow, Eds. *Challenging the Chip: Labor Rights and Environmental Justice in the Global Electronics Industry.* Philadelphia: Temple University Press.

Pellow, David N. 2006. "Transnational Alliances and Global Politics: New Geographies of Urban Environmental Justice Struggles." Pp. 226-244 in Nikolas Heynen, Maria Käika, and Erik Swyngedouw (Eds.) *In the Nature of Cities: Urban Political Ecology and the Politics of Urban Metabolism.* Routledge.

Pellow, David N. and Robert J. Brulle. 2005. "Power, Justice and the Environment: Toward Critical Environmental Justice Studies." Chapter 1 in David N. Pellow and Robert J. Brulle (Eds.) *Power, Justice, and the Environment: A Critical Appraisal of the Environmental Justice Movement.* Cambridge, MA: The MIT Press.

Brulle, Robert J. and David N. Pellow. 2005. "The Future of Environmental Justice Movements." Chapter 18 in David N. Pellow and Robert J. Brulle (Eds.) *Power, Justice, and the Environment: A Critical Appraisal of the Environmental Justice Movement.* Cambridge, MA: The MIT Press.

Pellow, David N. 2005. "Environmental Racism: Inequality in a Toxic World." Pp. 147-164 in Mary Romero and Eric Margolis, Eds. *Blackwell Companion to Social Inequalities.* London: Blackwell Publishers.

Pellow, David N. 2003. "High Tech Environmental Racism: Silicon Valley's Toxic Workplaces." Pp. 249-268 in Curtis Stokes and Theresa Melendez, Eds. *Racial Liberalism and the Politics of Urban America.* East Lansing, Michigan: Michigan State University Press.

Stockdill, Brett, Park, Lisa Sun-Hee, and Pellow David N. 2003. "Beyond the Hollywood Hype: Using Documentary to Unmask State Oppression Against People of Color. Pp. 213-227 in Lane Hirabayashi and Jun Xing (Eds.), *Reversing the Lens: Ethnicity, Race, Gender and Sexuality Through Film.* Boulder: University Press of Colorado.

Schnaiberg, Allan, David N. Pellow, and Adam Weinberg. 2002. "The Treadmill of Production and the Environmental State." Pp. 15-32 In Arthur P.J. Mol and Frederick H. Buttel, (Eds.), *The Environmental State Under Pressure.* Research in Social Problems and Public Policy Series. Vol. 10. New York: JAI Press. Reprinted in Michael R. Redclift and Graham Woodgate (Eds). 2005. *New Developments in Environmental Sociology.* UK: Edward Elgar Publishing.

Getches, David and David N. Pellow. 2002. "Beyond 'Traditional' Environmental Justice: How Large a Tent?" Pp. 3-30 In Kathryn Mutz, Gary Bryner, and Douglas Kenney, (Eds.), *Justice and Natural Resources: Concepts, Strategies, and Applications.* Washington, D.C.: Island Press.

Estes, Carroll, Charlene Harrington, and David N. Pellow. 2001. "The Medical Industrial Complex and the Aging Enterprise." Chapter 8 (Pp. 165-185) in Carroll L. Estes and Associates. *Social Policy and Aging: A Critical Perspective.* Thousand Oaks, CA: Sage Publications.

Pellow, David N. 2000. "African American Labor at the Margins: Exploring the Emergence of Environmental Health Hazards in the Workplace." In Randy Hodson (ed.), *Research in the Sociology of Work.* Volume 8: 95-114. Stamford,

CT: JAI Press. Reprinted in *DES: A Journal of Ethnic Studies*, Volume 1, February 2000 (http://www.colorado.edu/EthnicStudies/ethnicstudiesjournal/).

Harrington, Charlene and David N. Pellow. 2000. "Health Care Financing." Pp. 1140-1157 in Edward Borgatta and Rhonda Montgomery, Eds., *Encyclopedia of Sociology*. Farmington Hills, MI: The Gale Group. Reprinted in: Charlene Harrington and Carroll Estes (eds.), 2001. *Health Policy: Crisis and Reform in the U.S. Health Care Delivery System.* Third Edition. Sudbury, MA: Jones and Bartlett.

Estes, Carroll, Charlene Harrington, and David N. Pellow. 2000. "The Medical-Industrial Complex." Pp. 1818-1832 in Edward Borgatta and Rhonda Montgomery, Eds., *Encyclopedia of Sociology*. Farmington Hills, MI: The Gale Group. Reprinted in: Charlene Harrington and Carroll Estes (eds.), 2001. *Health Policy: Crisis and Reform in the U.S. Health Care Delivery System.* Third Edition. Sudbury, MA: Jones and Bartlett.

Weinberg, Adam, David N. Pellow, and Allan Schnaiberg. 1996. "Sustainable Development as a Sociologically Defensible Concept." *Advances in Human Ecology* 5: 261-302.

*Working Papers, Reports, Research Notes, Newsletters, Interviews, and News Articles*

Pellow, David N. 2009. "'We Didn't Get the First 500 Years Right, So Let's Work on the Next 500 Years': A Call for Transformative Analysis and Action." *Environmental Justice* 2(1): 3-10.

Pellow, David N. 2007. "Response to 'How EPA research, policies, and programs can advance urban sustainability,' by Alan D. Hecht & William H. Sanders III." *Sustainability: Science, Practice, and Policy*, vol 3, no. 2. Fall. http://ejournal.nbii.org/archives/vol3iss2/0708-020-response.pellow.html

Pellow, David N. 2007. "A Global Networking Approach to Environmental Justice." *GPEIG: Newsletter of the Global Planning Educators Interest Group*. Fall. www.gpeig.org, p. 17.

Pellow, David N. 2007. "A National Policy for E-Waste." *Environment, Technology, and Society*. Newsletter of the Section on Environment and Technology of the American Sociological Association. P. 2, Summer.

Pellow, David N. 2007. "Toxic Waste Trade Around the World." Pp. 111-112 in Chapter 5 of Bullard, Robert, Paul Mohai, Robin Saha, and Beverly Wright. *Toxic Wastes and Race at Twenty: 1987-2007. Grassroots Struggles to Dismantle Environmental Racism in the United States*. A Report Prepared for the United Church of Christ Justice and Witness Ministries. March.

Pellow, David N. 2007. "Policy Research on Environmental Injustice." *Environment, Technology, and Society*. Newsletter of the Section on Environment and Technology of the American Sociological Association. Pp. 1-2, Spring.

Pellow, David N. 2007. "UC Leads the Way against E-Waste." Op-Ed. *North County Times*. April 6. San Diego County, California

"High-tech Injustice: Free Soil interviews David Naguib Pellow and Lisa Sun-Hee Park. Pp. 138-143 in Max Andrews (Ed.). 2006. *Land, Art a Cultural Ecology Handbook*. London: RSA [Royal Society for the encouragement of Arts, Manufactures & Commerce].

Pezzoli, Keith, Richard Marciano, David N. Pellow, and Hiram Sarabia. 2006. Progressive Regionalism and Global Planning Networks for Linking the Environmental Health Sciences and Environmental Justice. *GPEIG: Newsletter of the Global Planning Educators Interest Group*. July. www.gpeig.org, pp. 2-4.

Pezzoli, Keith, Richard Marciano, Kevin D. Franklin, David N. Pellow, Hiram Sarabia, and David Pilsbury. 2006. The Global Planning Grid Initiative. *GPEIG: Newsletter of the Global Planning Educators Interest Group*. July. www.gpeig.org, p. 5.

Pellow, David N., Tamara Steger, and Rebecca McLain. 2006. *Proceedings from the Transatlantic Initiative to Promote Environmental Justice Workshop*, Central European University, Budapest, Hungary October 27-30, 2005.

Pellow, David N. 2004. Indonesians Demand Gold Mine Clean-Up. Environmental News Network, September 10. Environment News Network. http://www.theminingnews.org/news.cfm?newsID=38

Pellow, David N. 2001. Why I Choose to be an Activist-Scholar. *Shared Governance: Pleas and Provocations*. September. University of Colorado Faculty Assembly Newsletter.http://www.colorado.edu/FacultyGovernance/JOURNAL/ARCHIVE/ Pellow0901.html

Pellow, David N. 2000. Environmental Justice and the Political Process. *In Focus*, the Institute of Behavioral Science Newsletter. University of Colorado at Boulder. May.

Pellow, David N. 2000. Towards a Sociology of Brownfields: An Interview with David Pellow. *Environment, Technology, and Society*. Newsletter of the Section on Environment and Technology of the American Sociological Association. Spring, no. 97.

Pellow, David N., Adam Weinberg and Allan Schnaiberg. 1997. Politicizing the Treadmill of Production. Institute for Policy Research, Working Paper Series. Evanston, Illinois: Northwestern University.

Pellow, David N., Adam Weinberg and Allan Schnaiberg. 1997. Infrastructures and Relationships in Urban Environmental Protection: A Tale of Two Cities. Institute for Policy Research, Working Paper Series. Evanston, Illinois: Northwestern University.

Pellow, David N. 1996. Recycling Waste, Throwing Away Labor. *Environment, Technology, and Society*. Newsletter of the Section on Environment and Technology of the American Sociological Association. No. 83.

Pellow, David N. 1996. New Models for Struggle: Environmental Decision-Making Through Consensus. Working Paper #96-34, Institute for Policy Research. Evanston, Illinois: Northwestern University.

*Book Reviews*

Paul Robbins. 2007. Lawn People: How Grasses, Weeds, and Chemicals Make Us Who We Are. *American Journal of Sociology* (forthcoming).

2008    Ted Nordhaus and Michael Shellenberger. 2007. Break Through: From the Death of Environmentalism to the Politics of Possibility. *Environmental Justice* 1(1): 57-58.

2008    Phil Brown. 2007. Toxic Exposures: Contested Illnesses and the Environmental Health Movement. *Mobilization* 13 (1): 125-6.

2008    Sylvia Hood Washington. 2005. Packing them In: An Archeology of Environmental Racism in Chicago, 1865-1954. *Indiana Magazine of History* 104 (1): 103-105. March.

2007    Christian Zlolniski. 2006. Janitors, Street Vendors, and Activists: The Lives of Mexican Immigrants in Silicon Valley. *Contemporary Sociology* 36 (1): 29-31.

2006    Harold L. Platt. 2006. Shock Cities: The Environmental Transformation and Reform of Manchester and Chicago. *Social Service Review* 80 (4): 744-47. December.

2005    Mary Grigsby. 2004. Buying Time and Getting By: The Voluntary Simplicity Movement. *American Journal of Sociology* 110 (5): 1520-21. March.

2004    Penelope Canan and Nancy Reichman. 2001. Ozone Connections: Expert Networks in Global Environmental Governance. *Contemporary Sociology* 35(1): January.

2003    Jennifer Clapp. 2001. Toxic Exports: The Transfer of Hazardous Waste

from Rich to Poor Countries. *Journal of Environment and Development* 12: 349-351.

2002    Riley E. Dunlap, and William Michelson, (eds). 2001. The Handbook of Environmental Sociology. *Contemporary Sociology* 32: 350-351.

2002    Frank Fischer. 2000. Citizens, Experts, and the Environment: The Politics of Local Knowledge. Durham, NC: Duke University Press. *Contemporary Sociology* 31: 578-579.

2001    Norma Daykin and Lesley Doyal, (eds). 1999. Health and Work: Critical Perspectives. New York: St. Martin's Press. *Work and Occupations* 28: 499-501.

2001    Bart Landry. 2000. Black Working Wives: Pioneers of the American Family Revolution. Berkeley: University of California Press. *Contemporary Sociology* 30: 459-460.

2000    Michael Goldman, (ed). 1998. Privatizing Nature: Political Struggles for the Global Commons. *Organization & Environment* 13: 369-372.

2000    Christopher Sellers. 1997. Hazards of the Job: From Industrial Disease to Environmental Health Science. *Qualitative Sociology* 23: 369-371.

1999    Jerry Mander and Edward Goldsmith. 1996. The Case Against the Global Economy: And For a Turn Toward the Local. *Society and Natural Resources* 12: 173-175.

1999    David N. Pellow. "From 'Just Us' to Justice: Connecting the Environment, Community, and Academy." Review Essay of: Bunyan Bryant. 1995. Environmental Justice: Issues, Policies, Solutions; Al Gedicks. 1993. The New Resource Wars. *Sociological Forum* 14: 347-355.

1997    Carlo Jaeger. 1995. Taming the Dragon: Transforming Economic Institutions in the Face of Global Change. *Society and Natural Resources* 10: 223-225, March-April.

**Occasional Reviewer for**:

Journals: *American Journal of Sociology; American Quarterly; American Sociological Review; Antipode; Children, Youth, and Environments; Contemporary Sociology; Current Anthropology; Ecology and Society; Environmental Impact Assessment Review; Environmental Justice; Global Environmental Politics; Global Social Policy; Humanity & Society; Indiana Magazine of History; Journal of Environment and Development; Journal of Health Politics, Policy and Law; Land Use Policy; Left History; Mobilization; National Geographic; Organization & Environment; Polity; Population and*

*Environment; Qualitative Sociology; Race, Gender & Class; Research in Social Problems and Public Policy; Rural Sociology; Science and Culture; Social Forces; Social Problems; Social Science Quarterly; Social Service Review; Societies without Borders; Society & Natural Resources; Sociological Forum; Sociological Imagination; Sociological Perspectives; Sociology Compass; The Sociological Quarterly; Work and Occupations.*

<u>Publishers</u>: Columbia University Press, Duke University Press, The MIT Press, New York University Press, Stanford University Press, University of British Columbia Press, and University of Minnesota Press.

<u>Funding Agencies</u>: The National Science Foundation, President's Postdoctoral Fellowship Program of the University of California.

<u>Research Institutes</u>: Natural Hazards Research and Applications Information Center.

**Selected Papers Presented at Professional Conferences**

(with Lisa Sun-Hee Park) "Race, Migration, and the Politics of Environmentalism: The Case of Aspen, Colorado." Paper presented at the American Studies Association. Albuquerque, New Mexico. October 18, 2008.

"Scholarship and Social Change: Reflections on the Promise of Public Sociology." Keynote Address. Sociologists of Minnesota Conference, Rochester, Minnesota, October 2, 2008

"Environmental Movements, Justice, and Crisis." Paper Presented at the Fourth Annual UCSD Culture Conference: Crisis, Emergency, Global Processes. University of California, San Diego. May 9, 2008.

"Resisting Global Ecological Violence: Transnational Movements for Environmental Justice." Paper presented at the American Sociological Association, New York City, August 2007.

"Environmental Justice and Human Rights Application in the Global Electronics Industry." Paper presented at the American Public Health Association, Boston, MA, November 2006.

"Global North and South in Solidarity and Action: Transnational Movements for Environmental Justice." Paper presented at the American Studies Association Annual Meetings, Oakland, California. October 2006.

"Accessing the Global Planning Grid (GPG) to Augment Multi-stakeholder Regional Networking Capacities for Environmental Justice." Paper presented at the World Planning Schools Congress, Mexico City, July 2006.

"Transnational Alliances and Global Politics: New Geographies of Urban Environmental Justice Struggles." Paper Presented at the Annual Meetings of the American Sociological Association. Philadelphia, PA, August 2005.

"The Death of Environmentalism or the Dearth of Environmentalism?" Paper Presented at "The Death of Environmentalism and the Future of Environmental Sociology" Symposium. Drexel University, Philadelphia, PA, August 2005.

"Realizing Environmental Justice: Evaluating Movement Progress and State Responses." Paper Presented at the Sociologists without Borders Conference. Philadelphia, PA, August 2005.

(with David Sonnenfeld) "Occupational Health, Labor Rights, and Environmental Justice in the Global Electronics Industry." Paper presented at the annual meetings of the Pacific Sociological Association. Portland, Oregon. April 2005.

(with Allan Schnaiberg and Ken Gould) "Everything You Wanted to Know about the Treadmill but were Afraid to Ask." Paper Presented at the Symposium on Environment and the Treadmill of Production." University of Wisconsin-Madison. October 2003.

"Community-University Collaborations and the Promise of Participatory Research." Paper Presented at the Encuentro Border Environment Conference. Tijuana, B.C., Mexico. May, 2003.

(with Lisa Sun-Hee Park). "Asian Immigrants, Labor, and Environmental Justice in Silicon Valley." Paper Presented at the Annual Meetings of the Association of Asian American Studies. May 2003.

(with Lisa Sun-Hee Park). "Environmental Justice in Silicon Valley's High Tech Global Economy." Paper Presented at the Annual Meetings of the Pacific Sociological Association. San Francisco, CA. April 2002.

(with Lisa Sun-Hee Park). "The Ecology of Citizenship: Environmental Racism, Toxic Chemicals, and Occupational Illness." Paper Presented at the Society for the Social Studies of Science. Milwaukee, Wisconsin. November 2002.

"Where We Live, Work, and Play: A Critical Appraisal of the Environmental Justice Movement." Paper Presented at the Annual Meetings of the American Sociological Association. Chicago, Illinois. August 2002.

(with Lisa Sun-Hee Park). "Environmental Justice, Immigrant Communities, and the Emergence of Silicon Valley." Paper Presented at the Annual Meetings of the American Sociological Association. Chicago, Illinois. August 2002.

(with Lisa Sun-Hee Park). "Environmental Injustice in Silicon Valley's High Tech Global Economy." Paper Presented at the Annual Meetings of the Pacific Sociological Association. Vancouver, British Columbia. April 2002.

"Theoretical Advances in Environmental Justice Research." Paper Presented at the Race in 21st Century America: A 2nd National Conference. Michigan State University. East Lansing, Michigan. April, 2001.

(with Lisa Sun-Hee Park). "The Hazards of Work: Environmental Racism at the Point of Production." Paper Presented at the Annual Meetings of the American Sociological Association. Washington, D.C. August, 2000.

"Silicon Valley Workplace Hazards: Centering the Workplace in Environmental Justice Research." Paper Presented at the Annual Meetings of the American Sociological Association. Chicago, Illinois. August, 1999.

(With Allan Schnaiberg and Adam Weinberg) "Sustaining Ecological Modernization: Lessons from Urban Recycling and Urban Social Movements." Paper Presented at the Annual Meetings of the American Sociological Association. Chicago, Illinois. August, 1999.

"Work, Race, and Health: The Social Mechanisms that Produce Unhealthy Workplaces." Paper presented at the Annual Meeting of the Robert Wood Johnson Foundation's Scholars in Health Policy Research. Aspen, Colorado. June, 1999.

"Environmental Inequality Formation: Toward a Theory of Environmental Justice." Paper presented at the Annual Meetings of the American Sociological Association. San Francisco. August, 1998.

(With Allan Schnaiberg and Adam Weinberg) "Ecological Modernization in the Internal Periphery of the USA: Accounting for Recycling's Promises and Performance." Paper presented at the Annual Meetings of the American Sociological Association. San Francisco. August, 1998.

(With Allan Schnaiberg and Adam Weinberg) "Infrastructures and Relationships in Urban Environmental Protection: A Tale of Two Cities." Paper presented at the Annual Meetings of the American Sociological Association. Toronto. August, 1997.

(With Adam Weinberg and Allan Schnaiberg) "Environmental Opportunities for Social Change: Organizing Cast-offs of the Treadmill of Production." Paper presented at the Annual Meetings of the American Sociological Association. New York City. August, 1996.

"From National Bargain to the Broken Contract: Sustaining Community Development in a Transnational Political Economy." Paper presented at the Annual Meetings of the Eastern Sociological Society. Boston. March 1996.

"Brownfields in Black Neighborhoods: Urban Restructuring, Industrial Land Use Policy and Chicago's African American Community." Paper presented at the Annual Meetings of the Association of Black Sociologists. Washington, D.C.. August 1995.

(With Lisa S. Park) "Washing Dirty Laundry: Activist-Research Inside Two Social Movement Organizations." Paper presented at the Annual Meetings of the American Sociological Association. Washington, D.C. August 1995.

(With Lisa S. Park) "Airing Dirty Laundry in Participatory Research." Paper presented at the Annual Meetings of the Society for the Study of Social Problems. Washington, D.C.. August 1995.

"Social Sustainability: Community Development Criteria within Recycling Programs." Paper presented at the Annual Meetings of the American Sociological Association. Washington, D.C. August 1995.

"Environmental Justice and Popular Epidemiology: Symbolic Politics, Hidden Transcripts." Paper presented at the Annual meetings of the American Sociological Association. Los Angeles, CA. August 1994.

"Environmental Justice and the New Social Movements." Paper presented at the Annual meetings of the Midwest Sociological Society. St. Louis, MO. March 1994.


**Invited Presentations**

"Politics by Other Greens." Paper presented at the Department of Sociology, Brooklyn College. April 14, 2008.

"Local and Transnational Dimensions of Environmental Justice Politics." Paper presented at the Department of Sociology, University of Minnesota. December 14, 2007 and at the School of Forestry and Environmental Studies, Yale University, January 30, 2008.

"Transnational Social Movements for Environmental Justice and Public Health." Paper presented at the Wagner School of Public Service, New York University. April 27, 2007.

"The Globalization of Movements for Eco-Justice and Public Health." Paper presented at the Chicago Green Festival. Chicago, Illinois. April 21, 2007.

"Social Movements for Environmental Justice and Public Health." Paper presented at the Robert Wood Johnson Foundation Scholars in Health Policy Research Program. University of Michigan, Ann Arbor. February 8, 2007.

"Resisting Global Toxics: Transnational Movements for Environmental Justice." Paper presented at the John Muir Institute for the Environment, University of California, Davis. October 11, 2006.

13

"Environmental Justice, Labor Rights, and Human Rights: From Silicon Valley to Eastern Europe." Paper presented at the Department of Environmental Science, Policy, and Management Colloquium Series, University of California, Berkeley. April 24, 2006. Paper presented at the Department of Sociology Colloquium Series on Social Justice, University of California, Santa Cruz. May 8, 2006.

"The Movement for Global Environmental Justice and Human Rights: Confronting Racism and Ecocide from the Grassroots." Keynote Address. Seventh Annual American Studies Conference. Macalester College, St. Paul, Minnesota. February 24, 2006.

"Overview of Environmental Justice and Human Rights Issues in the United States." Presentation to the Transatlantic Initiative on Environmental Justice. Central European University. Budapest, Hungary. October 28, 2005.

"Environmental Justice Struggles in Silicon Valley, USA." Paper presented at the Open University Seminar, Central European University, Budapest, Hungary. October 26, 2005.

"Social Inequalities and Environmental Conflict." Paper presented at the Environmental Politics Colloquium, University of California, Berkeley, October 7, 2005.

"Theorizing Race, Environment, and Collective Action." Paper presented at Northwestern University's Department of Sociology Colloquium Series. March 31, 2005.

"Theorizing Racism and Environmental Harm: A Modest Proposal for a New Conceptual Approach." Paper presented at the Urban Studies Workshop, Department of Sociology, New York University, New York City. March 10, 2005.

"Lessons that Labour Rights Campaigners can Learn from the Environmental Movement." Paper Presented at the "Just in Time: Bringing Ethical Standards to the Electronics Sector" Roundtable. Sponsored by the Catholic Agency for Overseas Development (CAFOD). Trade Union Congress, London. May 20, 2004.

"Racial Formation, Racial Ecology, and the Workplace-Environment Nexus." School of Justice Studies, Arizona State University. April 2003.

"The Emergence of Silicon Valley: Immigrant Labor, Toxic Work." Department of Sociology, Washington State University. November 2002.

"Documenting and Combating Environmental Racism in Santa Clara County, California, 1777-2001." Paper Presented at the Peoples' Summit on Globalization, University of Colorado at Boulder. March, 2001.

"Environmental Quality in the Workplace: Linking Natural Resource Degradation with Occupational Health Hazards." Paper Presented at the Institute for Behavioral Sciences

14

Colloquium Series on Environment and Behavior. University of Colorado. Boulder. March, 2000.

"Environmental and Social Justice for the 21st Century: Community versus Corporate-Centered Development." Invited Speaker for Lecture Series on Questioning Development. St. Lawrence University, Canton, New York. October, 1997.

## Teaching

### University of California, San Diego

"Social Justice Movements and Film." Ethnic Studies 87 Freshman seminar. Spring 2008.

"Controversies in Ethnic Studies." Ethnic Studies 200C graduate seminar. Spring 2007.

"Community-University Education: From Theory to Dialogue and Practice." Literature (LTWL) 192. Winter 2007. Co-taught with Jorge Mariscal and Edwina Welch.

"Race and Ethnic Relations in the U.S." Ethnic Studies 1C, Spring 2006.

"Graduate Master's Thesis Preparation II," Ethnic Studies 290B, Spring 2005.

"Graduate Master's Thesis Preparation I." Ethnic Studies 290A, Fall 2003.

"Introduction to Population Histories of the U.S." Ethnic Studies 1A, Fall 2003 and Fall 2006.

"Environmental Racism." Ethnic Studies 103. Spring 2003, Winter 2004, Spring 2005, Winter 2008.

"Race, Space, and Segregation." Ethnic Studies 104. Winter 2003.

### California Institute for Integral Studies

"The Ecology of Race in the United States." Social and Cultural Anthropology Program CASTG 5510. Spring 2005.

### University of Colorado at Boulder

"Black Protest Movements." Black Studies 2200. Spring 2002.

"African American Sociological Thought." Sociology 5161. Fall 2000.

"Environmental Racism," Ethnic Studies 3100. Fall 1999, Fall 2000, Fall 2001.

"The Sociology of Race and Ethnicity," Sociology 5161. Fall 1999, Fall 2001.

"Fight the Power: Social Movement Struggles in Communities of Color," Ethnic Studies 3675. Spring and Summer 2000.

"Environment and Society: Corporations Versus the World," Sociology 3091. Spring 2000, Spring 2002.

*Northwestern University*

Adjunct Lecturer, "The Social Basis of Environmental Problems," Sociology C-12. Spring 1998.

Instructor, "Sociology of Science: Critical Perspectives on Science, Technology, and Society." Sociology C19. Spring 1996.

Instructor, "Environmental Justice: Inequality in a Toxic World." Sociology Seminar. Fall 1995.

Instructor, "Law and Society: Inequality, Rights and Responsibility." Sociology B06. Summer 1995.

Instructor, "The Social Basis of Environmental Change." Sociology C-12. Fall 1994 (Northwestern's University College), Winter 1996.

**Research and Teaching Grants and Fellowships**

California Cultures in Comparative Perspective, Chicana/o Latina/o Arts and Humanities Program, and Cross-Cultural Center. "Community-University Education: From Theory to Dialogue and Practice." Instructional Improvement Program, UC San Diego: Grant: $3,986.00. Awarded Spring 2006. Second grant awarded Spring 2008.

California Cultures in Comparative Perspective. "Transatlantic Initiative to Promote Environmental Justice." Trust for Mutual Understanding (New York City). Grant: $25,000. Awarded Summer 2005.

Robert Tukey et al. (David Pellow, Co-PI of Community Outreach Core). "Integrating Superfund Science and Traditional Environmental Knowledge: A Tribal Regional Workbench Approach." Superfund Basic Research Program. National Institute of Environmental Health Sciences (NIEHS). Grant: $17.2 million. Awarded Spring 2005.

16

Pellow, David N. and David Sonnenfeld. "Regulating the Chip: Labor Rights and Environmental Justice in the Global High Tech Industry." University of California Institute for Labor and Employment Collaboration and Dissemination Grant: $10,000. Awarded Spring 2003.

Park, Lisa, David N. Pellow, Alex Urquhart, Traci Voyles. "The Environmental and Economic Transformation of Aspen, Colorado." Faculty Team Research Grant, Undergraduate Research Opportunities Program (UROP), University of Colorado at Boulder. Awarded Summer 2002.

Pellow, David N., Maya Dehner, Mia Monreal, and Angela Trujillo. "The Global Trade in Hazardous Wastes." Faculty Team Research Grant, Undergraduate Research Opportunities Program (UROP), University of Colorado at Boulder. Awarded Fall 2001.

Pellow, David N. "The Impact of Hazardous Waste Trade on Nigeria." The Dean's Fund for Excellence, University of Colorado. $800.00 Awarded Spring 2001.

Pellow, David N. "Labor and Environmental Justice Conflicts in Silicon Valley." Council on Research and Creative Work (CRCW) Small Grant, University of Colorado. $600.00 Awarded Spring 2001.

Pellow, David N., Lisa Sun-Hee Park, Erika Saito, Jaime Smith, and Sabrina Hodges. "Labor and Environmental Justice Conflicts in Silicon Valley." Faculty Team Research Grant, Undergraduate Research Opportunities Program (UROP), University of Colorado at Boulder. Awarded Spring 2001.

Pellow, David. 2000. "The Transnational Trade in Hazardous Waste: Understanding Global Environmental Racism." $1500.00 grant awarded by the University of Colorado's Implementation of Multicultural Perspectives and Approaches in Research and Teaching (IMPART) Program.

David N. Pellow, Alyssa Schuren, and Dana Sevakis. "The Origins of Environmental Racism in the Recycling Industry." Faculty Team Research Grant, Undergraduate Research Opportunities Program (UROP), University of Colorado at Boulder. Awarded Spring 2000.

David N. Pellow. "Labor and Environmental Justice in Silicon Valley: Health Hazards Confronting Immigrants and Workers of Color." Implementation of Multicultural Perspectives and Approaches in Research and Teaching (IMPART) Award Program. University of Colorado at Boulder. $4000.00 Awarded Fall 1999.

David N. Pellow. "Seeking Environmental Justice Through Dispute Resolution: Stakeholder Organizing for Pollution Prevention and Industrial Safety." Dispute Resolution Research Center, J.L. Kellogg Graduate School of Management, Northwestern University. Summer Research Grant. Awarded Spring 1998.

Institute for Policy Research, Northwestern University. Graduate Fellow. 1996-1998.

Northwestern University Dissertation Year Grant. Awarded Spring 1996.

Northwestern University Fellow. 1995-1996.

Schnaiberg, Allan; David N. Pellow. "Searching for Environmental Justice in Communities of Color." Northwestern University Department of Sociology MacArthur Foundation Summer Research Fellowship. Awarded Spring 1994.

Chicago Comer Schools Research Evaluation Team, Northwestern University. Summer, Fall 1993. Ethnographer.

Ford Foundation Predoctoral Minority Fellowship. 1993-1995. Awarded Spring 1992.

American Sociological Association's Minority Opportunity Summer Training Program (MOST). University of Delaware. Summer 1991. Student Fellow.


**Academic Honors**

Finalist, C. Wright Mills Award for *Resisting Global Toxics: Transnational Movements for Environmental Justice,* Society for the Study of Social Problems, 2008.

Recipient, Outstanding Faculty Award. The Black Student Union, University of California, San Diego. June 2007.

Recipient, Outstanding Faculty Member of the Year Award. Sixth College, University of California, San Diego, 2006-2007.

Co-Winner, C. Wright Mills Award for *Garbage Wars: The Struggle for Environmental Justice in Chicago*, Society for the Study of Social Problems, 2003.

Honorable Mention, Oliver Cromwell Cox Book Award for *Garbage Wars: The Struggle for Environmental Justice in Chicago*, Section on Racial and Ethnic Minorities, American Sociological Association. 2003.

Robert Boguslaw Award for *Garbage Wars: The Struggle for Environmental Justice in Chicago*, American Sociological Association, Environment and Technology Section. 2001.

First Prize, Society for the Study of Social Problems, Environment and Technology Division, Student Paper Competition. 1998.

Honorable Mention, Society for the Study of Social Problems Minority Scholar-Activist Scholarship. 1997.

Robert F. Winch Memorial Award for Outstanding Lecturer. Presented by Northwestern University Department of Sociology. 1996.

Robert F. Winch Memorial Award for Outstanding Second Year Paper. Presented by Northwestern University Department of Sociology. 1994.

Honorable Mention, National Science Foundation Minority Graduate Fellowship. 1992.

Hurlbutt Scholarship in Sociology. Presented by the Department of Sociology, University of Tennessee, Knoxville. 1992.

Tennessee Higher Education Commission Scholarship. 1992.


**Professional Associations**

American Public Health Association; American Sociological Association; American Studies Association; Association of American Geographers; Association of Black Sociologists; Eastern Sociological Society; Midwestern Sociological Society; Pacific Sociological Association; Society for the Study of Social Problems; Society for Social Studies of Science; Sociologists without Borders.


**Professional and Community Service**

Member, Faculty search committee, Department of Sociology, University of Minnesota. Fall 2008.

The Story of Stuff Project, Community Board. 2008 – present.

*Organization & Environment*. Member, Editorial Board. 2008 - present.

*Environmental Justice*. Member, Editorial Board. 2007- present.

Chair, Cluster Hire Initiative Position (CHIP) Steering Committee, University of California, San Diego. Fall 2007-2008.

Member, Faculty search committee, Department of Ethnic Studies, University of California, San Diego. 2007-2008.

Organizer and panel discussant at film screening of "Green Green Water" with director and filmmaker Jamie Lee. Annual meetings of the Society for the Study of Social Problems, New York City. August 2007.

Member, California Studies Steering Committee, University of California system. Summer 2007-2008.

Vice Chair, Department of Ethnic Studies, University of California, San Diego, Fall 2006-2008.

Member, Graduate Record Committee, Department of Ethnic Studies, University of California, San Diego, Fall 2006-2008.

Member, Undergraduate Committee, Department of Ethnic Studies, University of California, San Diego, Fall 2005-2008.

Discussant for panel on "Enclosed Encounters: Punishment and Disappearing Acts." Crossing Borders: Fifth Annual Conference of Ethnic Studies in California. March 3, 2007.

Chair, Promotion Review Committee for Professor Ross Frank, University of California, San Diego, fall 2006.

Chair, Ad hoc Promotion Review Committee for Professor Keith Pezzoli, University of California, San Diego, fall 2006.

Chair, Policy and Research Committee, Environment and Technology Section, American Sociological Association, 2006-2008.

Chair, Marvin Olsen Graduate Student Paper Award Committee, Environment and Technology Section, American Sociological Association, 2006-2008.

Chair, Outstanding Publication Award Committee, Environment and Technology Section, American Sociological Association, 2006-2008.

Member, African American Studies Minor Advisory Board, University of California, San Diego, 2005-2008.

Faculty Advisor, Planning Committee, "Crossing Borders: Ethnic Studies Graduate Student Conference." University of California, San Diego, Winter 2007.

Greenpeace Inc., Member, Board of Directors, 2006-present.

Environmental Health Coalition, Member, Board of Directors, 2007-2008.

Co-Principal Investigator, Community Outreach Core, Tribal Regional WorkBench and Superfund Basic Research Program, University of California, San Diego, Spring 2005-Spring 2008.

Co-Chair, Planning Committee, "Transatlantic Initiative to Promote Environmental Justice." Central European University, Budapest, Hungary, Fall 2005.

Faculty Graduate Teaching Assistant Advisor, Department of Ethnic Studies, University of California, San Diego, 2004-2006 and 2008.

Departmental Chair Selection Committee, Department of Ethnic Studies, University of California, San Diego, 2005-2006.

Chair, Planning Committee, "Chancellor's Symposium on California Cultures in Comparative Perspective." University of California, San Diego, Spring 2005.

Discussant for panel on Social Movements in the Californias. Conference title: "Chancellor's Symposium on California Cultures in Comparative Perspective." University of California, San Diego, Spring 2005.

WorkSafe, Member, Board of Directors, 2005-2007.

Center for Comparative Immigration Studies, University of California, San Diego. Member, Advisory Board. 2002-2008.

Center for U.S.-Mexican Studies, University of California, San Diego. Member, Advisory Board. 2002-2008.

*Conservation Letters*. Member, Editorial Board. 2007-present.

*Sociological Perspectives*. Member, Editorial Board. 2003-2006.

*Sociological Forum*. Member, Editorial Board. 2004-2007.

Cross-Cultural Center, University of California, San Diego. Member, Advisory Board. 2003-2008.

The San Diego Foundation. Member, Environmental Working Group. 2004-2006.

Chair, Planning Committee, "Crossing Borders Graduate Student Conference." University of California, San Diego, Winter 2004.

Faculty Mentor, University of California Presidential Postdoctoral Fellow Program, 2003-2004. Postdoctoral Fellow: Julie Sze.

Organizer for panel: "Twenty-five Years After Love Canal: The Environmental Health and Environmental Justice Movements." American Sociological Association, San Francisco, California. August 2004.

One Earth, One Justice. Member, Board of Directors. Spring 2003-summer 2006.

21

Discussant for panel on Immigrants, Agency, and the Urban Informal Economy. Conference title: "Crossing Borders, Shaping Identities: New Directions in Ethnic Studies." University of Southern California, Los Angeles, CA. March, 2003.

Director, California Cultures in Comparative Perspective, University of California at San Diego. 2002-2008.

Member, DuBois-Johnson-Frazier Award Committee, American Sociological Association. 2003-2005.

Member, Nominations Committee, Environment and Technology Section, American Sociological Association. 2002-2003.

Organizer and Discussant for Panel, "From Environmental Injustice to Environmental Justice: A Critical Appraisal of the Environmental Justice Movement." Annual Meetings of the American Sociological Association. Chicago, Illinois. August, 2002.

Moderator for "The Political Economy of Scientific Inquiry" panel at the Environmental Crisis or Crisis of Epistemology: Working for Sustainable Knowledge Conference. April 2002, University of Michigan. Ann Arbor.

*Qualitative Sociology*, Book Review Co-Editor. 2002-2005.

Advisory Board Member, "Justice and Natural Resources Project: Conflict and Cooperation," Natural Resources Law Center, University of Colorado Law School. 2001-2002.

*Projections: MIT Student Journal of Planning*. 2002 and 2007. Member, Editorial Board.

*Society and Natural Resources: An International Journal*. 2001-2003. Associate Editor.

International Rivers. Member, Board of Directors. Fall 2004-present. Member, Governance Committee.

Global Response, Environmental Education and Action Network, Boulder, Colorado. Spring 2001-Spring 2005. Member, Executive Committee, and Past Chairperson and President, Board of Directors. Spring 2001-present. Member, Actions Committee.

Santa Clara Center for Occupational Safety and Health. 1998-2004. Member, Board of Directors.

International Campaign for Responsible Technology Planning Committee. Member. 2002-present.

Silicon Valley Toxics Coalition, Health and Environmental Justice Project. Member, Project Board. 2000-2002.

Center for Urban Transformation, Chicago, Illinois. Member, Board of Directors. Fall 2000-present.

Environment and Technology Section Council, American Sociological Association. 1998-present. Member.

Environment and Technology Section Council, American Sociological Association. Distinguished Contribution Award Committee. 2001. Member.

Organizer, Presider, and Discussant for Panel, "Environmental Justice: Theory, History, and Political Economy." Annual Meetings of the American Sociological Association. Washington, D.C. August, 2000.

Citizens for a Better Environment. Member, Board of Directors. Winter 1998 – Fall 2000.

Environmental Management Task Force, President's Council on Sustainable Development. Summer 1997 – Summer 1999. Member.

Uptown Recycling, Inc. Winter 1997 - Summer 1998. Member, Board of Directors.

Organizer: Panel on Ethnic, Religious and Ecological Social Movements. The Annual Meetings of the Midwest Sociological Society. Des Moines, Iowa. April, 1997.

Chicago Recycling Coalition. Fall 1995 - Fall 1997. Member, Board of Directors.

People for Community Recovery (African American environmental justice organization). 1995-1996, Director of Research.

*Local Environmental Struggles: Citizen Activism in the Treadmill of Production* (Gould, Schnaiberg and Weinberg). Discussant at Authors Meet Critics Session at the Annual Meetings of the American Sociological Association. New York City. August, 1996.

United States Environmental Protection Agency's Common Sense Initiative. Automobile Sector Subcommittee. Winter 1995 - 1996. Member.

City of Chicago's Brownfield Redevelopment Forum.  January 1995 - January 1997. Member.


<u>Service Grants, Policy Grants and Consulting</u>

Consultant to the National Food Justice Network. Summer 2007.

Consultant to Global Greengrants Fund, Boulder, Colorado. Summer 2006.

Polinsky, Maria, Grant Goodall, Vicente Rafael, David N. Pellow, "Heritage Language Teaching: Developing a Generalized Template." Instructional Improvement Committee grant, $9,886. Awarded Spring 2003.

Pellow, David N. "Activists and Scholars Dialogue: Building Communities of Color Together." Chancellor's Ad Hoc Diversity Committee grant, $900.00. Awarded Winter 2003.

Pellow, David N. and Jane Rhodes. "Rethinking Ethnic Studies Within a Global Context: Social Movements and Institutional Oppression in Communities of Color." Conference funded by the UCSD Graduate Student Workshop Pilot Program, $26,455. Awarded Winter 2003.

Silicon Valley Toxics Coalition and Santa Clara Center for Occupational Safety and Health. "Silicon Valley Environmental Health and Justice Project." $898,000 awarded by the National Institute of Environmental Health Sciences, 1999-2003. Consultant.

United Church of Christ Commission for Racial Justice. "Design and Assessment of Focus Groups on Environmental Justice, Urban Revitalization, and Brownfield Redevelopment." $1,000. Summer and Fall 1996. Consultant.

People for Community Recovery. January 1995 - July 1996. Director of Research.

Pellow, David. "Labor, Management and Environmental Good Neighbor Agreements" Joyce Foundation. $45,000. 1996. People for Community Recovery. Policy and Research Consultant.

Pellow, David. "Toxic Use Reduction and Parts Supplier Chains in the Chicago Auto Industry" C.S. Mott Foundation. $1,000. 1996. Great Lakes Auto Pollution Prevention Alliance. Research Consultant.

National Environmental Justice Advisory Council's Waste and Facility Siting Subcommittee to assess and revise the United States Environmental Protection Agency's Brownfield Initiative. Summer and Fall 1995. Consultant.

Pellow, David; Troy Norman. "Fighting Against a Toxic Environment Newsletter Project." United States Environmental Protection Agency. Environmental Justice Grant. $8,000. Summer 1995. People for Community Recovery. Director of Research.

Pellow, David. "Southeast Chicago Environmental Policy Initiative." Joyce Foundation. $31,500. 1995. People for Community Recovery. Public Policy Coordinator.


**Work in Progress**

24

Conducting a study of environmental, labor, and immigration conflicts in Colorado's Roaring Fork Valley.

Conducting a study of the dynamics of radical environmental movements in the U.S. and globally.

**References:** Available upon request