IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-117 |
| Plaintiff, | ) | |
| | ) | **Filed Under Seal** |
| v. | ) | DEMAND FOR NOTICE OF INTENTION |
| | ) | TO OFFER AN ALIBI DEFENSE |
| SCOTT RYAN DEMUTH, | ) | PURSUANT TO RULE 12.1 |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 12.1, demand is hereby made upon Defendant Scott Ryan Demuth to furnish the Assistant United States Attorney Clifford R. Cronk III, an attorney for the United States Attorney's Office for the Southern District of Iowa , with a written notice of his intention to offer a defense of alibi within 14 days of this demand.

### Spence Laboratories and Seashore Hall

Between November 13, 2004, at 5:00 p.m. and November 14, 2004 at 9:00 a.m., persons entered the Spence Laboratories and Seashore Hall at the University of Iowa in Iowa City, Iowa and damaged property there. In the event you intend to offer a defense of alibi, demand is made to disclose the specific place or places at which Defendant claims to have been at the time of the above listed offense and the names and addresses of the witnesses upon whom Defendant intends to rely to establish such an alibi.

### Vandalism at ATK in Minnesota

Between March 18, 2006 at 5:00 p.m. and March 19, 2006 at 6:00 a.m., persons entered Alliant Techsystems (ATK), a company located in Edina, Minnesota, and

damaged property there.  In the event Defendant intends to offer a defense of alibi, demand is made to disclose the specific place or places at which Defendant claims to have been at the time of the above listed offense and the names and addresses of the witnesses upon whom Defendant intends to rely to establish such an alibi.

### Lakeside Ferrets in Howard Lake, Minnesota

Between April 28, 2006 at 6:30 p.m. and April 29, 2006 at 7:00 a.m., persons entered the business of Lakeside Ferrets Inc., at 809 County Road 7 SW, in and around Howard Lake, Minnesota and turned ferrets loose and damaged property there.  In the event Defendant intends to offer a defense of alibi, demand is made to disclose the specific place or places at which Defendant claims to have been at the time of the above listed offense and the names and addresses of the witnesses upon whom Defendant intends to rely to establish such an alibi.

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By: _/s/_____
Clifford R. Cronk III
Assistant United States Attorney
United States Court House
131 East 4th Street, Suite 310
Davenport, IA  61201
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: cliff.cronk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  _____Hand Delivery

  X  ECF/Electronic filing     \_\_\_\_Other means


UNITED STATES ATTORNEY

By: /s/_____
       Clifford R. Cronk III