IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST FOR PRE-TRIAL HEARING |
| | ) | TO RULE ON THE ADMISSIBILITY |
| SCOTT RYAN DEMUTH, | ) | OF CERTAIN EVIDENCE |
| | ) | |
| Defendant. | ) | |

The United States of America, in the Southern District of Iowa, by and through the United States Attorney for the Southern District of Iowa and his Assistant United States Attorney Clifford R. Cronk III moves this Court for a pre-trial ruling, pursuant to Federal Rule of Evidence 104.  In support of this request, the United States sets forth the following:

1.  Federal Rule of Evidence 104 provides that "[p]reliminary questions concerning the qualification of a person to be a witness, the existence of a privilege, or the admissibility of evidence shall be determined by the court . . . ."  Hearings on "preliminary matters" shall be conducted outside the presence of the jury when the interests of justice require.

2.  There are numerous matters that can be resolved on September 13, 2010, a day set aside by the court to decide suppression issues and other matters relating to trial.  These include the admissibility of testimony and evidence by certain proposed defense and government experts , the admissibility of subpoenaed records without a custodian

of records, the admissibility of numerous trial exhibits such as photographs, a computer, emails, photo arrays, magazines, a book, and pamphlets.

    3.  There are more than sixty witnesses under subpoena by the United States. There are likely to be well over 200 trial exhibits offered by the United States. No stipulations have been reached by the parties.  It could streamline the trial and possibly eliminate some of the trial witnesses if the court ruled on the admissibility of evidence including *Daubert* hearings at the pre-trial hearing presently scheduled for September 13, 2010.

    WHEREFORE, the United States respectfully requests that the Court use September 13, 2010 for preliminary hearings on the admissibility of evidence including *Daubert* hearings as to all proposed expert testimony, all crime scene photographs, video tapes, photo arrays, emails, and rule on the relevance of all evidence seized from the defendant's residence.

    Respectfully Submitted,

    Nicholas A. Klinefeldt
    United States Attorney

By: _/s/_____
    Clifford R. Cronk III
    Assistant United States Attorney
    United States Court House
    131 East 4th Street, Suite 310
    Davenport, IA  61201
    Tel: (563) 449-5432
    Fax: (563) 449-5433
    Email: cliff.cronk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2010, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  _____Hand Delivery

\_X\_\_ECF/Electronic filing     \_\_\_\_Other means


UNITED STATES ATTORNEY

By: /s/_____
     Clifford R. Cronk III