# Southern District of Iowa
# Exhibits Receipt Pursuant to Local Rules



## Receipt for Exhibits

Date:

Case Number: 3:09-cr-117

Case Name: USA v. Scott DeMuth

1) In accordance with LR 57.3(g) criminal exhibits or 83.6(g) civil exhibits have been withdrawn by the undersigned.

_____    Plaintiff ____   Defendant ____   Govt. ✓
Counsel

Date: 7/24/2012

2) As counsel for the below checked party, I give the Clerk's Office permission to destroy the exhibits.

_____    Plaintiff ____   Defendant ____   Govt. ____
Counsel

Date: _____

Fax number: 563-884-7615
Address: U.S. District Court
         131 E. 4th Street
         Davenport, IA 52801